UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST GERARD JACKSON, | No. 2:13-cv-02067-KJN P |
| Plaintiff, | |
| v. | <u>ORDER</u> and |
| SOLANO COUNTY SHERIFF'S FOOD SERVICE (ARAMARK), | <u>FINDINGS & RECOMMENDATIONS</u> |
| Defendant. | |

This prisoner civil rights action is referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), Local General Order No. 262, and Local Rule 302(c).

By order filed October 24, 2013, this court granted plaintiff's motion to proceed in forma pauperis and, after informing plaintiff of the deficiencies in his original complaint, dismissed the complaint with leave to file an amended complaint within thirty days. (ECF No. 4.) This thirty-day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Accordingly, the undersigned recommends dismissal of this action.

////

////

////

1

1 For the foregoing reasons, IT IS HEREBY ORDERED that:

2    1. The Clerk of Court is directed to randomly assign a district judge to this action.

3 Additionally, for the reasons stated in this court's October 24, 2013 order, IT IS HEREBY RECOMMENDED that:

5    1. This action be dismissed without prejudice, <u>see</u> Local Rule 110; Fed. R. Civ. P. 41(b).

6 These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 25, 2014

/jack2067.fta

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2